**FILED
CLERK**

12/6/2018 2:06 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RUBEN CRUZ,

                                      Plaintiff,            **STIPULATION OF DISMISSAL**

        -against-                                              **18-cv-03079-JMA-GRB**

ZWICKER & ASSOCIATES, P.C.

                                   Defendant.
-----------------------------------------------------------x

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ZWICKER & ASSOCIATES, P.C. with prejudice and without costs to any party.

Dated: December 5, 2018

| | |
|---|---|
| /s/ Joseph Mauro | /s/ Arthur Sanders |
| Joseph Mauro | Arthur Sanders |
| The Law Offices of Joseph Mauro, LLC | Barron & Newburger, P.C. |
| 306 McCall Ave. | 30 South Main Street |
| West Islip, NY 11795 | New City, NY 10956-3515 |
| Tel: (631) 669-0921 | 845-499-2990 |
| joemauroesq@hotmail.com | Fax: 845-499-2992 |
| | asanders@arthursanderslaw.com |
| *Attorney for plaintiff* | *Attorney for defendant* |

Case closed.
SO ORDERED.
/s/ JMA, USDJ
12/6/2018